# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Harriet and Arthur Reynolds,

      Plaintiffs,

v.

Wal-Mart Stores, Inc. et al,

      Defendants.

Case No. 2:12-cv-1346-JAD-PAL

**Order re: Motions in Limine 1-11**
**[Doc. 20]**

Before the Court are Defendant Wal-Mart's Motions in Limine 1-11, filed in a single document #20, asking the Court to exclude various evidence at the time of trial. A motion for summary judgment and a motion for leave to file a third party complaint are pending. In light of the procedural posture of this case, the Court hereby **DENIES** the pending motions in limine **[Doc #20]** without prejudice to Defendant's ability to renew these arguments and evidentiary objections at or near the time of trial when they can be ruled on in the proper context.

DATED: November 19, 2013

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE