# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Harriet and Arthur Reynolds,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Wal-Mart Stores, Inc. et al,<br><br>　　　　Defendants. | Case No. 2:12-cv-1346-JAD-PAL<br><br>**Order re: Motions in Limine 1-11**<br>**[Doc. 20]** |

　　Before the Court are Defendant Wal-Mart's Motions in Limine 1-11, filed in a single document #20, asking the Court to exclude various evidence at the time of trial. A motion for summary judgment and a motion for leave to file a third party complaint are pending. In light of the procedural posture of this case, the Court hereby **DENIES** the pending motions in limine **[Doc #20]** without prejudice to Defendant's ability to renew these arguments and evidentiary objections at or near the time of trial when they can be ruled on in the proper context.

　　DATED:  November 19, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE