| | |
|---|---|
| 1 | BRENDA H. ENTZMINGER |
| 2 | Nevada Bar No. 9800<br>**PHILLIPS, SPALLAS & ANGSTADT LLC** |
| 3 | 504 South Ninth Street<br>Las Vegas, Nevada 89101 |
| 4 | (702) 938-1510 |

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARRIET JANE REYNOLDS, Individually, ARTHUR REYNOLDS, Individually<br><br>           Plaintiffs,<br>v.<br><br>WAL-MART STORES, INC., d/b/a Wal-Mart Store #2837., a foreign Corporation, DOES I through X inclusive and ROES I-X inclusive,<br><br>           Defendants. | Case No.: 2:12-cv-01346-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

//

//

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 5th day of December, 2013.                DATED this 5th day of December, 2013.

   **MAINOR WIRTH, LLP**                                 **PHILLIPS, SPALLAS & ANGSTADT**

   */s/ Bradley Mainor*                                  */s/ Brenda H. Entzminger*

   Bradley Mainor                                        Brenda H. Entzminger
   1215 South Fort Apache Road, Suite 120                504 South Ninth Street
   Las Vegas, Nevada 89117                               Las Vegas, Nevada 89101
   *Attorneys for Plaintiffs*                            *Attorneys for Defendant*
                                                         *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of December, 2013.

_____
**UNITED STATES DISTRICT JUDGE**