1 BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2 **PHILLIPS, SPALLAS & ANGSTADT LLC**
3 504 South Ninth Street
Las Vegas, Nevada 89101
4 (702) 938-1510

5 *Attorneys for Defendant
Wal-Mart Stores, Inc.*
6

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA

| | |
|---|---|
| HARRIET JANE REYNOLDS, Individually, ARTHUR REYNOLDS, Individually<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC., d/b/a Wal-Mart Store #2837., a foreign Corporation, DOES I through X inclusive and ROES I-X inclusive,<br><br>Defendants. | Case No.: 2:12-cv-01346-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//

//

//

//

//

//

//

//

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 5th day of December, 2013.                DATED this 5th day of December, 2013.

**MAINOR WIRTH, LLP**                                   **PHILLIPS, SPALLAS & ANGSTADT**

*/s/ Bradley Mainor*                                    */s/ Brenda H. Entzminger*

Bradley Mainor                                          Brenda H. Entzminger
1215 South Fort Apache Road, Suite 120                  504 South Ninth Street
Las Vegas, Nevada 89117                                 Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*                              *Attorneys for Defendant*
                                                        *Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of December, 2013.

_____
**UNITED STATES DISTRICT JUDGE**